IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
— DENVER, COLORADO

Civil Action No. 05 - CV - 01973 -OES

OCT 1 1 2005

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

BRIAN BLACKWELL, #1453717,

    Plaintiff,

v.

MAYOR HICKENLOOPER, City and County of Denver,
GOVERNOR BILL OWENS,
DIRECTOR and UNDER SHERRIFF [sic] FRED A. OLIVAS,
JOHN DOE and JANE DOE 1-100,
BETH LINDROOS, H.S.A.,
DR. PETER CRUM, M.D.,
DR. HIRSH,
DR. HIGGINS,
NURSE DORA,
NURSE SUSAN,
NURSE JOE,
NURSE JACK,
NURSE YVONNE,
NURSE ISABELLA,
COMPLETE MEDICAL STAFF,
JOHN & JANE DOE 1-100,
SHERRIFF [sic] STRONY,
SGT. BROWN,
SHERRIFF [sic] ORTIZ,
SHERRIFF [sic] PEREZ,
SHERRIFF [sic] MASSEY,
SHERRIFF [sic] LOPEZ,
LAW LIBRARY,
FRANKIE JOHNSON, Kitchen Stewart,
SGT. CLARK-MARTIN,
SHERIFF [sic] SMITH,
SHERRIFF [sic] WHATLY,
NURSE KATHERINE,
SHERRIFF [sic] JORDON,
CAPTAIN McCALL,
DEPUTY McKALE,

STEWART ORTIZ, and
NURSE MITCHLE [sic],

        Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motion was submitted to the court in an envelope that also contained individual *in forma pauperis* motions from a number of other inmates at the Denver County Jail. The court has determined that the documents is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the plaintiff files in response to this order must include the civil action number on this order.

### 28 U.S.C. § 1915 Motion and Affidavit:
(1) \_\_ is not submitted
(2) \_\_ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) \_\_ is missing required financial information
(5) \_\_ is missing an original signature by the prisoner
(6) \_\_ is not on proper form (must use the court's current form)
(7) \_\_ names in caption do not match names in caption of complaint, petition or habeas application
(8) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(9) \_\_ other _____

### Complaint, Petition or Application:
(10) xx is not submitted
(11) \_\_ is not on proper form (must use the court's current form)

(12) ___   is missing an original signature by the prisoner
(13) ___   is missing page nos. ___
(14) ___   uses et al. instead of listing all parties in caption
(15) ___   An original and a copy have not been received by the court.  Only an original has been received.
(16) ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___   names in caption do not match names in text
(18) ___   other _____

Accordingly, it is

    ORDERED that the clerk of the court commence a civil action in this matter.  It is

    FURTHER ORDERED that the plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the plaintiff files in response to this order must include the civil action number on this order.  It is

    FURTHER ORDERED that the clerk of the court mail to the plaintiff, together with a copy of this order, two copies of the following forms:  Prisoner Complaint.  It is

    FURTHER ORDERED that, if the plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

    DATED at Denver, Colorado, this _11_ day of _October_, 2005.

BY THE COURT:

_____
O. EDWARD SCHLATTER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **05 - CV - 01973-OES**

Brian Blackwell
Prisoner No. 1453717
DCJ
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on _10-11-05_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk